**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 11-04138MP-001-PCT-MEA |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Paul Charles Wood, | ) | |
| Defendant. | ) | |
| | ) | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED reinstating the defendant on probation subject to the previously ordered conditions to begin on July 26, 2011 for a period of two (2) years.

IT IS FURTHER ORDERED that in regard to Citation Number 1968651, in addition to the time already served in this matter, the defendant is hereby committed to the custody of the Bureau of Prisons for a full term of **TWENTY (20) DAYS**, to begin on July 26, 2011.

DATED this 26th day of July, 2011.

Mark E. Aspey
United States Magistrate Judge