**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | 11-04138MP-001-PCT-MEA |
| | ) | |
| vs. | ) | **AMENDED ORDER** |
| | ) | |
| Paul Charles Wood, | ) | |
| Defendant. | ) | |
| | ) | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in the Petition to Revoke Probation. Based upon those admissions, the court finds the defendant has violated the conditions of his probation.

IT IS ORDERED on Citation 1968652 the defendant is reinstated on probation subject to the previously ordered conditions to begin on July 26, 2011 for a period of two (2) years.

IT IS FURTHER ORDERED that in regard to Citation Number 1968651 the defendant is hereby committed to the custody of the Bureau of Prisons, as previously ordered, for a full term of **TWENTY (20) DAYS**, with credit for time served.

DATED this 28th day of July, 2011.

_____
Mark E. Aspey
United States Magistrate Judge